# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2012

Robert P. Young, Jr.,
Chief Justice

144002

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                             SC: 144002
                             COA: 297763
NICO DEMETRIUS THOMAS,        Wayne CC: 09-027558-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 13, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2012

_____
Clerk

p0411